United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 16, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-20820
(Summary Calendar)
_____

EVANSTON INSURANCE COMPANY,

Plaintiff

versus

DILLARD DEPARTMENT STORES, INC.,
also known as DILLARD'S, INC.,

Defendant-Appellee

and

PAUL SCHROEDER; BROCK AKERS,
Individually; CHRIS GONZALEZ,
Individually; PHILLIPS & AKERS
PROFESSIONAL CORP.,

Appellees

CLETUS ERENSTER,

Interested Party-Appellant

---------------------
Appeal from the United States District Court
for the Southern District of Texas
(4:03-CV-4888)
---------------------

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM:[*]

 AFFIRMED.  See 5TH CIR. R. 47.6.

---

 [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The history of this litigation in both the state and federal courts reflect extreme pettifoggery by and on behalf of Appellant Erenster, his former law partner, and others. Appellant and his counsel are warned that any further acts on their parts that would prolong this contumacious litigation will expose them to the full panoply of sanctions and disciplinary actions at the disposal of this court. We trust that these words to the wise will be sufficient.